■ In the Matter of RACHEL A. MONTALBANO, Respondent, v GREGORY F. BABCOCK, Appellant. (Appeal No. 1.) [63 NYS3d 922]— Appeal from an order of the Family Court, Oswego County

(Thomas Benedetto, R.), entered July 12, 2016 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole legal custody of the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Montalbano v Babcock* ([appeal No. 2] 155 AD3d 1636 [2017]). Present—Whalen, P.J., Centra, Lindley, Troutman and Winslow, JJ.